| United States Bankruptcy Court<br>District of Puerto Rico | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MIRAMAR REAL ESTATE MANAGEMENT, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): 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 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more<br>than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**53 PALMERAS STREET<br>16TH FLOOR<br>EL CARIBE BLDG.<br>SAN JUAN, PUERTO RICO**<br>ZIP CODE    00901 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**SAN JUAN** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME**<br>ZIP CODE    SAME | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**SAN JUAN  PUERTO**<br>ZIP CODE    RICO | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                    Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer      ☑ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **MIRAMAR REAL ESTATE MANAGEMENT, INC.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location <br> Where Filed: **NONE** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br><br> ☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X  Not Applicable** _____ <br> Signature of Attorney for Debtor(s)　　　　　Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐　Yes, and Exhibit C is attached and made a part of this petition.

☑　No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐　Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐　Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MIRAMAR REAL ESTATE MANAGEMENT, INC.** |

## Signatures

<table>
<tr>
<td><b>Signature(s) of Debtor(s) (Individual/Joint)</b></td>
<td><b>Signature of a Foreign Representative</b></td>
</tr>
<tr>
<td>
I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>
X <u>Not Applicable</u><br>
   Signature of Debtor<br><br>
X <u>Not Applicable</u><br>
   Signature of Joint Debtor<br><br>
   <u> </u><br>
   Telephone Number (If not represented by attorney)<br><br>
   <u> </u><br>
   Date
</td>
<td>
I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>
(Check only one box.)<br><br>
☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>
☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>
X <u>Not Applicable</u><br>
(Signature of Foreign Representative)<br><br>
<u> </u><br>
(Printed Name of Foreign Representative)<br><br>
<u> </u><br>
Date
</td>
</tr>
<tr>
<td>
<div align="center"><b>Signature of Attorney</b></div>
X <u>             </u><br>
   Signature of Attorney for Debtor(s)<br><br>
<u>F. David Godreau Zayas    123207</u><br>
Printed Name of Attorney for Debtor(s) / Bar No.<br><br>
<b>LATIMER, BIAGGI, RACHID & GODREAU, LLP</b><br>
Firm Name<br><br>
<b>PO BOX 9022512 SAN JUAN PR 00902-122512</b><br>
Address<br><br><br>
<u>(787)724-0230        (787)724-9171</u><br>
Telephone Number<br><br>
<u> </u><br>
Date<br><br>
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.
</td>
<td>
<b>Signature of Non-Attorney Petition Preparer</b><br><br>
I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>
<u>Not Applicable</u><br>
Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>
<u> </u><br>
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>
<u> </u><br>
Address<br><br>
X <u>Not Applicable</u><br>
<u> </u><br>
Date<br>
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>
Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>
If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
</td>
</tr>
<tr>
<td>
<b>Signature of Debtor (Corporation/Partnership)</b><br><br>
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>
The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>
X <u>          </u><br>
Signature of Authorized Individual<br><br>
<b>CARLOS LOPEZ DE AZUA</b><br>
Printed Name of Authorized Individual<br><br>
<b>PRESIDENT</b><br>
Title of Authorized Individual<br>
<u>2 March, 2011</u><br>
Date
</td>
<td></td>
</tr>
</table>

## United States Bankruptcy Court
## District of Puerto Rico

In re  MIRAMAR REAL ESTATE MANAGEMENT, INC.                    ,    Case No. _____

Debtor                                   Chapter  11  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GUARDSMARK LLC MAIL CODE 2204 PO BOX 2121 MEMPHIS TN 38159-2204 | | | DISPUTED | $650,395.23 |
| CANDIS A. McGOWAN WIGGINS, CHILDS, QUIN & OANTAZIS THE KRESS BUILDING 301 19TH ST. NORTH BIRMINGHAM, ALABAMA 35203 | | | | $165,318.31 |
| AEE PO BOX 363508 SAN JUAN PR 00936-3508 | | | | $71,918.39 |
| EL CARIBE TENANTS DEPOSIT EDIF. EL CARIBE PISO 17 54 CALLE PALMERAS SAN JUAN PR 00902 | | | | $70,486.00 |
| HF SECURITY CALLE RUIZ BELVIS 66 SAN JUAN PR 00917 | | | | $35,000.00 |
| FACCIO & PABON-ROCA LAW OFFICES 249 LAS MARIAS ST. URB HYDE PARK SAN JUAN PR 00927 | | | DISPUTED | $27,305.00 |

In re  MISMAR REAL ESTATE MANAGEMENT, INC.


In re  MIRAMAR REAL ESTATE MANAGEMENT, INC. _____,  Case No. _____

                        Debtor                          Chapter  11  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **BUFETE MARIO RODRIGUEZ** APARTADO 1014 BAYAMON PR 00960-1014 | | | | $26,264.87 |
| **NAIN BERRIOS COLON** HC-12 BOX 7030 HUMACAO PR 0791-9209 | | | | $23,170.00 |
| **MARBLE & STONE** 279 JOSE DE DIEGO AVE. URB PUERTO NUEVO SAN JUAN PR 00920 | | | | $20,995.37 |
| **JCC TENANTS DEPOSITS** EDIF. EL CARIBE PISO 16 54 CALLE PALMERAS SAN JUAN PR 00901 | | | | $19,368.26 |
| **OTIS ELEVATOR** PO BOX 90215029 SAN JUAN PR 00902 | | | | $13,057.32 |
| **FERGUNSON ENTERPRISES** CARR.887 VICTORIA INDUSTRIAL PARK SANTA PAULA WAREHOSUE CAROLINA PR 00987 | | | | $12,711.52 |

In re **MIRAMAR REAL ESTATE MANAGEMENT, INC.** _____ , Case No. _____

Debtor        Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **FRANSGLOBAL**<br>**CALLE 8 #100 OFFICE $1202**<br>**JARDINES DE COUNTRY CLUB**<br>**CAROLINA PR 00983** | | | | $12,500.00 |
| **GOLD SHIELD PROTECTION AND INVESTIG**<br>**PO BOX 79084**<br>**CAROLINA PR 00984-9084** | | | | $11,562.24 |
| **ROYAL FINANCE & LEASING CORP**<br>**PO BOX 9718**<br>**SAN JUAN PR 00908-9718** | | | | $11,226.25 |
| **BANCO POPULAR DE PR**<br>**PO BOX 70100**<br>**SAN JUAN PR 00936-8100** | | | | $9,060.00 |
| **EMPRESAS FONALLEDAS**<br>**CALLE 8 #100 OFFICE #1203**<br>**JARDINE DE COUNTRY CLUB**<br>**CAROLINA PR 00983** | | | | $7,270.00 |
| **ADMINISTRACION DE TRIBUNALES**<br>**CALLE 8 #100 OFFICE 601**<br>**JARDINES DE COUNTRY CLUB**<br>**CAROLINA PR 00983** | | | | $6,783.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **MIRAMAR REAL ESTATE MANAGEMENT, INC.** _____ , Case No. _____

_____ Debtor        Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GRAPHIC ARTS PRINTING INC CALLE 31 SO# 856 URB LAS LOMAS SAN JUAN PR 00921 | | | DISPUTED | $6,636.75 |
| LOOCKWOOD FINANCIAL ADVISORS CALLE 8 #100 OFFICE #1001 JARDINES DE COUNTRY CLUB CAROLINA PR 00983 | | | | $5,897.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, CARLOS LOPEZ DE AZUA, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  2 March 2011        Signature: _____

CARLOS LOPEZ DE AZUA ,PRESIDENT
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# CORPORATE RESOLUTION

**WE HEREBY CERTIFY** that on a meeting of the Board of Directors of the corporation **MIRAMAR REAL ESTATE MANAGEMENT, INC.,** which was called for and notified in accordance with the Corporate Bylaws, and for which duly quorum existed, having taking place said meeting on March 2nd 2011, it was agreed and unanimously voted to approve the following Corporate Resolution:

It is resolved that:

1. Having the corporation **MIRAMAR REAL ESTATE MANAGEMENT, INC.** file a Chapter 11 Bankruptcy petition.

2. That the corporation **MIRAMAR REAL ESTATE MANAGEMENT, INC.** be authorized to retain the services of LATIMER, BIAGGI, RACHID & GODREAU, LLP to act as counsel for the corporation.

IN WITNESS HEREOF I place the seal of the Corporation to this Resolution this 2nd day of March, 2011.

Carlos Lopez de Azua
**PRESIDENT**

# United States Bankruptcy Court

## District of Puerto Rico

In re:

Case No. _____

Chapter **11**

MIRAMAR REAL ESTATE MANAGEMENT, INC.

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the **PRESIDENT of MIRAMAR REAL ESTATE MANAGEMENT, INC.,** a  Corporation and that on **MARCH 2, 2011** the following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **CARLOS LOPEZ DE AZUA, PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **CARLOS LOPEZ DE AZUA, PRESIDENT** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **CARLOS LOPEZ DE AZUA, PRESIDENT** of this Corporation, is authorized and directed to employ , attorney and the law firm of **LATIMER, BIAGGI, RACHID & GODREAU, LLP** to represent the Corporation in such bankruptcy case."

Executed on: _2 March, 2011_

Signed: _____
PRESIDENT of MIRAMAR REAL ESTATE
MANAGEMENT, INC.

```
24 HOURS ALARM SYSTEM
PO BOX 13
ST JUST PR 00978

AAA
PO BOX 70101
SAN JUAN PR 00936-8101

AAA COFFEE BREAK
PO BOX 9505
SAN JUAN PR 00908

ABC ELECTRIC SECURITY SYSTEMS
260 DE DIEGO AVENUE
URB PUERTO NUEVO
SAN JUAN PR 00920

ADELAIDA TORRES
CALLE 8 #100 APT. 802
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

ADMINISTRACION DE TRIBUNALES
CALLE 8 #100 OFFICE 601
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

ADOLFO VIVAS
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 406
URB JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

AEE
PO BOX 363508
SAN JUAN PR 00936-3508

AGUA FRESCA
PMB 508
HC-01 BOX 29030
CAGUAS PR 00725-8900

AIDA ROBLES
CALLE  8 #100  APT. 103
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

AIRE Y SERVICIOS
9415 CAMINO LOS ROMEROS
PMB 176
SAN JUAN PR 00926-7001

ALFREDO BERMUDEZ QUINONES
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 401
```

JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

ALFREDO VELAZQUEZ SUARES
CALLE 8 #100 APT. 803
JARDINES DE COUNTRY CLUB
CAROLINA PR00983

ALLIED WASTE SERVICES
PO BOX 9001099
LOUISVILLE KY 40290-1099

ALTAGRACIA MARIANO
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 404
URB JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

AMERICA PARKING SYSTEM
603 DEL PARQUE STREET
SANTURCE PR 00909

ANA CABRET LOPEZ
CALLE 8 #100 APT. 207
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

ANA FREYRE
JARDINES DE COUNTRY CLUB
CALLE 8 3100 APT. 603
CAROLINA PR 00983

ANA RIVERA MEDINA
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 507
CAROLINA P R00983

ANDRES RIVERA ROSADO
CALLE 8 #100 APT. 902
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

ANGEL RIVERA  CASTELLANO
CALLE 8 #100 APT. 711
JARDINES DE COUNTRY CLUB
CAROLINA PR   00983

ANGELA RUIZ
CALLE 8 #100 APT. 705
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

ANTONIA RAMOS
CALLE 8 #100 APTO. 1007
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

ANTONIO DE JESUS
CALLE 8 #100 APT. 303
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

ANTONIO RIVERA BENITEZ
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 703
CAROLINA P R  00983

AR DISTRIBUTORS
PO BOX 1791
JAJOME ST
URB CROWN HILL
SAN JUAN PR 00926

ARCADIA RIVERA
CALLE 8 #100 APT. 708
JARDINES DE COUNTRY CLUB
CAROLINA PR00983

AT & T
PO BOX 5091
CAROL STREAM IL 60197-5091

AUREA E VAZQUEZ RODRIGUEZ
JARDINES DE COUNT RY CLUB
CALLE #8 #100 APTO. 308
CAROLINA PR  00983-1646

AXESA SERVICIOS DE INFORMACION
PO BOX 70373
SAN JUAN PR 00936-8373

BANCO POPULAR
PO BOX 362709
SAN JUAN PR 00936

BANCO POPULAR
PO BOX 362710
SAN JUAN PR 00936

BANCO POPULAR
PO BOX 362711
SAN JUAN PR 00936

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN PR 00936-8100

BANCO POPULAR DE PR
PO BOX 362708
SAN  JUAN  PR 00936

BENJAMIN ROSARIO
CALLE 8 #100 APT. 810
CAROLINA PR 00983

```
BETZABE RIOS
CALLE 8 #100 APT. 805
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

BROWN & UBABBRII
CALLE 8 #100 OFFICE # 1401
JARDINES DE COUNTRY CLUB
CAROLINA PR  00983

BUFETE MARIO RODRIGUEZ
APARTADO 1014
BAYAMON PR 00960-1014

CANDIS A. McGOWAN
WIGGINS, CHILDS, QUIN & OANTAZIS
THE KRESS BUILDING
301 19TH ST. NORTH
BIRMINGHAM, ALABAMA 35203

CARIBBEAN OFFICE PRODS
PO BOX 11653
CAPARRA STATION
SAN JUAN PR 00922-1653

CARLOS BENITEZ
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 602
CAROLINA PR 00983

CARLOS LOPEZ DE AZUA
16TH FLOOR
EL CARIBE BLDG.
53 PALMERAS STREET
SAN JUAN, PUERTO RICO  00901

CARMEN  I CASTRO
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 208
CAROLINA PR 00983-1646

CARMEN BURGOS
CALLE 8 #100 APT.  1009
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

CARMEN CRUZ MARRERO
CALLE 8 #100  APT. 805
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

CARMEN FELICIANO
CALLE 8 #100 APT. 607
JARDINES DE COUNTRY CLUB
CAROLINA PR 00982
```

```
CARMEN FIGUEROA
CALLE 8 #100 APT. 401
JARDINES DE COUNTRY  CLUB
CAROLINA PR 00983


CARMEN M JIMENEZ
JARDINES DE COUNTRY
CLLE #8 #100 APTO. 302
CAROLINA PR 00983


CARMEN M TORRES
CALLE 8 #100
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983


CARMEN RODRIGUEZ CRUZ
CALLE 8 #100 APT. 703
JARDINES DE COUNTRY CLUB
CAROLINA  PR 00983


CARMEN TORRES
CALLE 8 #100 APT. 1003
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983


CCSJBE
CALLE 8 #100
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983


CENTENNIAL DE PR
PO BOX 71333
SAN JUAN PR 00936-8433


CENTENNIAL DE PR
PO BOX 71514
SAN JUAN PR 00936-8614


CERTIFIED
PO BOX 1255
CAROLINA PR 00986-1255


CHR REAL ESTATE SERVICES
PO BOX 3918
CAROLINA PR 00984


COMERCIAL BERRIOS BLOQUERA
PO BOX 1822
CIDRA PR 00739


CONCEPCION RODRIGUEZ
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 410
CAROLINA PR 00983


DIRECT TV
PO BOX 71556
```

```
SAN JUAN PR 00936-8514

DORAL BANK
PO BOX 71529
SAN JUAN PR 00936

EDUARDO PEREZ FELIX
CALLE 8 #100 APT. 711
JARDINES DE COUNTRY CLUB
CAROLINA P R00983

EDUCATIONSL DEVELOPMENT
CALLE 8 #100 OFFICE 401
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

EL CARIBE TENANTS DEPOSIT
EDIF. EL CARIBE PISO 17
54 CALLE PALMERAS
SAN JUAN PR 00902

EL NUEVO DIA
PO BOX 71445
SAN JUAN PR 00936-8545

ELECTRIC SERVICE CORP.
PO BOX 191921
SAN JUAN PR  00919-1921

ELENA GARCIA
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 304
CAROLINA PR 9983-1646

ELIAS CRUZADO
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 606
CAROLINA P R00983

EMMA SEVILLA
CALLE 8 #100 APT. 709
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

ELOISA CRUZ
CALLE 8 #100 APT. 907
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

EMERITA RODRIGUEZ
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 509
CAROLINA P R00983

EMPRESAS FONALLEDAS
CALLE 8 #100 OFFICE #1203
JARDINE DE COUNTRY CLUB
```

CAROLINA PR 00983

ESMERALDA MONCTEZUMA
CALLE 8 #100 APT. 1004
JARDINES DE COUNTRY CLUBQ
CAROLINA PR 00983

ESTRELLA VILLAFANE
CALLE 8 #100 APT. 811
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

FACCIO & PABON-ROCA LAW OFFICES
249 LAS MARIAS ST.
URB HYDE PARK
SAN JUAN PR 00927

FANNY P LANCLOS
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 202
CAROLINA PR 00983

FELICIA TANCO
CALLE 8 #100 APT. 904
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

FELICIANA VICENTE
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 501
CAROLINA  P R  00983

FERGUNSON ENTERPRISES
CARR.887
VICTORIA INDUSTRIAL PARK
SANTA PAULA WAREHOSUE
CAROLINA PR 00987

FRANCISCA ROMERO
CALLE 8 #100 APT. 611
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

FRANSGLOBAL
CALLE 8 #100 OFFICE $1202
JARDINES DE COUNTRY CLUB
CAROLINA PR  00983

GAMALIEL DE LEON
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 503
CAROLINA P R00983

GLORIA ORTIZ
CALLE 8 #100 APT. 906
JARDINES DE COUNTRY CLUB
CAROLINA P R00983

GLORIA RESTO
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 409
CAROLINA P R 00983

GOLD SHIELD PROTECTION AND INVESTIG
PO BOX 79084
CAROLINA PR 00984-9084

GONZALEZ CASTANER
WESTERN BANK WORLD PLAZA
268 MUNOZ RIVERA SUITE 1500
SAN JUAN PR 00918

GRAPHIC ARTS PRINTING INC
CALLE 31 SO# 856
URB LAS LOMAS
SAN JUAN PR 00921

GUARDSMARK LLC
MAIL CODE 2204
PO BOX 2121
MEMPHIS TN 38159-2204

GUILLERMO F CRUZ
PO BOX 19706
SAN JUAN PR 00910-1706

GUSTAVO MALDONADO
JARDINES DE COUNTRY CLUB
 CALLE 8 #100 APTO. #101
CAROLINA PR  00983-

HAYDEE VELAZQUEZ
CALLE 8 #100 APT. 902`
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

HECTOR BENITEZ
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 206
CAROLINA PR 00983-1646

HECTOR SARRAGA
CALEL 8 #100 APT. 1002
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

HF SECURITY
CALLE RUIZ BELVIS 66
SAN JUAN  PR 00917

MOCTEZUMA I ESMERALDA
CALLE 3 #100 APTO. 1004
JARDINES DE COUNTRY CLUB
CAROLINA PR 00981

```
IRIS BERMUDEZ
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 504
CAROLINA PR 00983


IRIS D,. SANTIAGO
CALLE 8 #100 APT.
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983


IRIS M MOLINA TORRES
PO BOX 551
ST JUST PR 00978-0551


ISAAC GARCIA
CALLE 8 #100 APT. 304
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983


ISABEL MUSSENDEEN
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 411
CAROLINA PR 00983


ISAIAS GALARZA
CALLE 8 #100 APT. 610
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983


JAIME MELENDEZ
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 701
CAROLINA P R 00983


JCC TENANTS DEPOSITS
EDIF. EL CARIBE PISO 16
54 CALLE PALMERAS
SAN JUAN PR 00901


JENNIE MARTINEZ
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 407
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983


JESUS M SALDANA
JARDIBES DE COUNTRY CLUB
CALLE #8 #100 APTO. 301
CAROLINA PR 9983-1646


JESUS ROBLES GONZALEZ
CALEL 8 #100 APT. 708
JARDINES DE COUNTRY CLUB
 CAROLINA PR  00983


JORGE RAMOS FALU
```

```
CALEL 8 #100 APT. 1004
JARDINES DE COUNTRY CLUB
CAROLINA P R00983

JOSE MARRERO
CALLE 8 #100 APT. 903
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

JOSEFA CABRAL
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 505
CAROLINA P R  00983

JUAN CARRION
CALLE 8 #100 APT. 501
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

JUAN P SANTIAGO & ASSOC.
PO BOX 364386
SAN JUAN PR 00936

JUANITA TOUS
CALLE 8 #100 APT 405
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

JULIA CRUZ ESQUILIN
CALLE 8 #100 APT. 211
JARDINES DE COUNTRY CLUB
CAROLINA PR00983

JULIA FONTANEZ
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 403
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

JULIA GERENA
CALLE 8  #3100 APT. 807
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

JULIO C. CASTRO
CALLE 23 #407
PARCELAS  HILLS BROTHERS
SAN JUAN PR 00924

JULIO CESAR ROSADO
CALLE SORBONA 909
URB UNIVERSITY GARDENS
SAN JUAN  PR 00927

JULIO ESTREMERA
JARDINES DE CUNECA
CALLE 8#100 APT.  APT. 605
```

CAROLINA P R 00983

JUSTINA REYES
CALLE 8 #100 APT. 609
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

KARLAN GROUP
PO BOX 51410
LEVITTOWN STATION
TOA BAJA PR

LAURA CRUZ
CALLE 8 #100 APT. 505
JARDINES DE COUNTRY CLUB
CAROLINA PR 000983

LAURA MORA
CALLE 8 #100 APT. 905
JDNES DE COUNTRY CLUB
CAROLINA P R00983

LAUREANO PEREZ MORA
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 506
CAROLINA P R00983

LAW OFFICES ANDRES r. NEVARES
CALLE 8 #100
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

LIVIA RODRIGUEZ
CALLE 8 #100 APT. 1009
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

LOOCKWOOD FINANCIAL ADVISORS
CALLE 8 #100 OFFICE #1001
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

LUIS  M FALCON
CALLE 8 #100 APT.  910
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

LUIS A. TORRES
CALLE 8 #100  APT.  806
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

LUIS ACOSTA CABRAL
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT 611
CAROLINA P R00983

LUIS PELLOT
CALLE 8 #100 APT. 908
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

LUIS RIVERA HERNANDEZ
CALLE 8 #100 APT. 801
JARDINES DE  COUNTRY CLUB
CAROLINA PR 00983

LUIS ROSARIO VELAZQUEZ
JARDINES DE COUNTRY CLUB
CALLE 8 #100  APT. 405
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

LYDIA GOMEZ CUENCAS
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 709
CAROLINA PR 00983

LYDIA IBARRA
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 502
CAROLINA PR 00983

LYDIA LORENZO
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 604
CAROLINA PR 00983

LYDIA VARGAS
CALLE 8 #100 APT. 905
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

MALAVE PEST CONTROL
COND DORAL PLAZA APT  7-1
AVE. LUIS VIGOREAUX
GUAYNABO PR 00966

MANUEL CRUZ
CALLE 8 #100  APT. 1008
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

MANUELA SERRANO
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 307
CAROLINA PR 00983-1646

MARBLE & STONE
279 JOSE DE DIEGO AVE.
URB PUERTO NUEVO
SAN JUAN PR 00920

MARCELINO MONTOYA

```
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 310
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983


MARCIAL ROHENA CASTRO
CALLE 8 #100 APT. 710
JARDINES DE COUNTRY CLUB
CAROLINA P R  00983


MARGARIITA FERNANDEZ
CALLE 8 #100 APTO.
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983


MARIA ESCALERA
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 508
CAROLINA PR 00983


MARIA I. MALDONADO
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 601
CAROLINA PR 00983


MARIA M. MARRERO
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APTO. 201
CAROLINA PR 00983


MARIA N FLORES
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 704
CAROLINA P R 00983


MARIA PEREZ
CALLE 8 #100 APT.  809
JARDINES DE COUNTRY CLUB
CAROLINA P R00983


MARIA T VALENTIN
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 305
CAROLINA PR 00983-1646


MARIA T VAZQUEZ
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 203
CAROLINA PR 00983-1646


MARIA V BAEZ
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 211
CAROLINA PR 00983-1646


MARIA Y DE DELGADO
CALLE 8 #100 APT. 911
```

JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

MAYTE MALDONADO
CALLE 8 #100
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

MIGUEL CALZADA ARQUITECTOS
2004 MC LEARY
PISO 1
SAN JUAN PR 00911

MIGUEL LAUSELL
CALLE 8 #100  OFFICE #502
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

MINERVA DUPREY
JARDINES DE COUNTRY CLUB
CALLE8 #100 APTO.102
CAROLINA PR  00983-1646

MIRIA OLIVERAS
CALLE 8 #100 APT. 309
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

MONSERRATE CONSULTING GROUP
1121  AVE. AMERICO MIRANDA
SAN JUAN PR 0911

MULTIMEDIA
CALLE 6 #100 OFFICE 701
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

MUNICIPIO AUTONOMO DE CAROLINA
BOX 8
CAROLINA PR 00986

MUNICIPIO DE SAN JUAN
PO BOX 70179
SAN JUAN PR 00936-8179

NAIN BERRIOS COLON
HC-12 BOX 7030
HUMACAO PR 0791-9209

NEREIDA MORALES
CALLE 8 #100 APT. 1006
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

NEVAREZ & SANCHEZ ALVAREZ
53 PALMERAS ST.
EL CARIBE BLDG. SUITE 1501

SAN JUAN PR 00901

NICOMEDES ROMAN
CALLE 8 #100 APT.  710
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

NIDIA LOPEZ SANTIAGO
CALLE 8 3100 APT. 702
JARDINES DE COUNTRY CLUB
CAROLINA P R 00983

NOEMI VILLAFANE
CALLE 8 #100 APT. 1005
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

OLIVIA  MARTINEZ
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 402
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

OSCAR POLINE
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 510
 CAROLINA PR 00983

OTIS ELEVATOR
PO BOX 90215029
SAN JUAN PR 00902

PAONESA ALFOMBRAS
PO BOX 19837
SAN JUAN PR 00910-1837

PEDRO VAZQUEZ OSOTIO
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 210
CAROLINA PR 00983-1646

POWER CONSULTING CONTRACTORS
CALLE LLORENS TORRES 4
APT 4
URB FLORAL PARK
SAN JAUN PR 00917

PRONTO EXTERMINATING
PO BOX 1016
ST JUST PR 00978

PRTC
PO BOX 70366
SAN JUAN PR 00936-8366

PURA HORNEDO
CALLE 8 #100 APT. 1001

JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

RAMON MELENDEZ ROMAN
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 511
CAROLINA P R  00983

RAMON OYOLA CALDERON
CALLE 8 #100 APT. 901
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

RAMON URRITUA
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 205
CAROLINA PR 00983-1646

RAMONA AYALA
JARDINES DE  COUNTRY CLUB
CALLE 8 #100 APT. 408
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

RAMONA OCASIO CRUZ
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 303
CAROLINA PR 9983-1646

RAMONA RODRIGUEZ RONDA
CALLE 8  #100 APT. 710
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

RAQUEL TORRES DE JESUS
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 103
CAROLINA PR  00983-1646

REMIGIO DAVID MATIAS
CALLE 8 #100 APT. 806
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

RENE HERNANDEZ RUBIO
CALLE 8 #100 APT. 610
JARDINES DE COUNTRY CLUB
CAROLINA P R  00983

RITH ROSA SANTANA
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 306
CAROLINA PR 00983-1646

RIVERA Y VAZQUEZ  CORP
HC -01 BOX 8443
AGUAS BUENAS PR 00703

```
RODRIGUEZ GUZMAN
CALLE 8 #100 APT. 604
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

ROSA AMADO
CALLE 8 # 100 APT. 804
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

ROYAL FINANCE & LEASING CORP
PO BOX 9718
SAN JUAN PR 00908-9718

SANTIAGO REYES
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 204
CCAROLINA PR 00983-1646

SDA GLOBAL
CALLE 8 #100 - OFFICE #801
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

SELECTO COFFEE BREAK
PO BOX 13097
SAN JUAN PR 00908-3097

SKYTEC INC
EDIF    E-1
ROYAL INDUSTRIAL PARK
BO PALMAS
CATANO PR 00962

SONIA ARNALDI
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 608
CAROLINA PR 0083

SONIA CRESPO
CALEL 8 #100 APT. 411
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

SONIA CUENCAS GOMEZ
CALLE 8 #100 APT. 1011
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

THE ORCHID SHOP
PO BOX 11554
SAN JUAN  PR 00910-2654

TONER PLUS OF PR
PO BOX 141
BAYAMON PR 009620-0141
```

```
TOYA PERSAD
JARDINES DE COUNTRY CLUB
CALLE #8 #100 APTO. 104
CAROLINA PR  00983-1646

TREVONS CARPET CARE
ALAMEDA     A -11
URB SANTA JUANITA
BAYAMON PR 00956-4963

UNITED SURETY & INDEMNITY CO
PO BOX 2111
SAN JUAN  PR 00922-2111

VICENTA GARCIA
CALLE 8 #100 APT. 909
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

VICTOR PARIS MIRANDA
HC-03 BOX 6233
HUMACAO PR 00791

VIRGINIA ECHEVARRIA BONILLA
JARDINES DE COUNTRY CLUB
CALLE 8 #100 APT. 311
JARDINES DE COUNTRY CLUB
CAROLINA PR 00983

XEROX CORP
PO BOX 660502
DALLAS   TX 75266-0502

YOLANDA CRUZ SANTIAGO
CALLE 8 #100 APT. 706
JARDINES DE COUNTRY CLUB
CAROLINA P R00983
```

In re: **MIRAMAR REAL ESTATE MANAGEMENT, INC.**

<center>Debtor</center>

Case No. _____

Chapter **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of  sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _2 march , 2011_

Signed: _____
CARLOS LOPEZ DE AZUA

Signed: _____

Attorney for Debtor(s)
Bar no.: **225209**
**LATIMER, BIAGGI, RACHID & GODREAU, LLP**
**PO BOX 9022512 SAN JUAN PR  00902-122512**
Telephone No.: **(787)724-0230**
Fax No.: **(787)724-9171**
E-mail address:

**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

In re:     MIRAMAR REAL ESTATE MANAGEMENT, INC.                    Case No. _____

                                                                                          Chapter     11     _____

                          Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 10,000.00 |

2. The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)    [Other provisions as needed]
          **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____                       _____

                                                          F. DAVID GODREAU ZAYAS   Bar. No. 123207

                                                          **LATIMER, BIAGGI, RACHID & GODREAU, LLP**
                                                          Attorney for Debtor(s)