**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:** <br><br> **MIRAMAR REAL ESTATE MANAGEMENT INC** <br><br><br> **Debtor(s)** | **CASE NO. 11-01786 BKT** <br> **Chapter 11** <br><br> **FILED & ENTERED ON 03/07/2011** |

**O R D E R**

A **STATUS CONFERENCE is hereby scheduled for 04/27/2011 at 09:00 A.M. before the undersigned, at the U.S. Bankruptcy Court for the District of Puerto Rico, U.S. Post Office & Courthouse Building, 300 Recinto Sur, Courtroom No. 3, Floor 3, San Juan, Puerto Rico. To further the expeditious and economical resolution of the case, the Debtor's counsel shall come prepared to discuss the following:**

1. describe the nature of Debtor(s) business;
2. describe the reason for filing the petition;
3. state whether debtor is a small business debtor as defined in 11 U.S.C. 101(51C);
4. establish a time-table for filing a disclosure statement and/or plan;
5. give an estimate of all professional fees which are expected to accrue in this case;
6. identify anticipated significant events in the case; and,
7. discuss the need for future status conferences.

The Clerk will give immediate notice of this order to Debtor, its Counsel, the U.S. Trustee and all creditors as per the current master address list.

San Juan, Puerto Rico, this March 07, 2011.

                                                  **Brian K. Tester**
                                            **U.S. Bankruptcy Judge**

```
c:  ALL CREDITORS
    U.S. TRUSTEE
```