IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

10002-1

| IN RE: | CASE NO.: 11-01786(BKT) |
|---|---|
| MIRAMAR REAL ESTATE MANAGEMENT, INC. | CHAPTER 11 |
| DEBTOR | |

**MOTION REQUESTING ADDITIONAL TIME TO FILE STATEMENT AND SCHEDULES**

**TO THE HONORABLE COURT:**

**COMES NOW** Debtor, **MIRAMAR REAL ESTATE MANAGEMENT, INC.**, represented by their undersigned attorney, and to this Honorable Court very respectfully states and prays:

1. That the present case was filed on March 2, 2011.

2. That Debtor has been gathering up all the required information to adequately file their schedules and statements of affairs.

3. That Debtor is in the need of an additional period of five (5) days to file said documents.

**WHEREFORE** it is respectfully requested from this Honorable Court to allow the above captioned Debtor an additional period of five (5) days from the date of this motion to file their schedules and statements of affairs.

**I HEREBY CERTIFIED** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the Assistant US Trustee.

In San Juan, Puerto Rico this 15th days of March 2011.

LATIMER, BIAGGI, RACHID & GODREAU
PO BOX 9022512
SAN JUAN, PR 00902-2512
TEL. (787) 724-0230
FAX. (787) 724-9171

/s/ F. David Godreau-Zayas
USDC NO. 123207