IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 11-01786 BKT |
| MIRAMAR REAL ESTATE MANAGEMENT INC | Chapter 11 |
| | |
| XXX-XX3162 | **FILED & ENTERED ON 3/16/2011** |
| Debtor(s) | |

## ORDER

Debtor's motion requesting an extension of time of five (5) days to file schedules and statements (docket entry #10) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 16 day of March, 2011.

Brian K. Tester
U. S. Bankruptcy Judge