MIRAMAR REAL ESTATE MANAGEMENT
COMBINED

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RENT EL CARIBE | 49,685 | 49,685 | 49,685 | 49,685 | 49,685 | 49,685 | 53,185 | 55,685 | 55,685 | 55,685 | 55,685 | 55,685 | 629,720 |
| PARKING EC | 4,775 | 4,775 | 4,775 | 4,775 | 4,775 | 4,775 | 4,775 | 4,775 | 4,775 | 4,775 | 4,775 | 4,775 | 57,300 |
| STORAGE EC | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| OTHER EC | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RENT JARDINES CC | 40,620 | 40,620 | 40,620 | 40,620 | 40,620 | 40,620 | 40,620 | 40,620 | - | - | - | - | 324,960 |
| LAUNDRY JCC | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | - | - | - | - | 1,280 |
| MANAGEMENT FEES CIUDADELA | 35,000 | 35,000 | 35,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 690,000 |
| MANAGEMENT FEES PROJECTS | 8,505 | 8,505 | 8,505 | 8,505 | 8,505 | 8,505 | 8,505 | 8,505 | 12,045 | 12,045 | 12,045 | 12,045 | 116,220 |
| OTHER | - | - | - | - | - | - | 100,000 | 300,000 | - | - | - | - | 400,000 |
| REVENUES | 139,145 | 139,145 | 139,145 | 169,145 | 169,145 | 169,145 | 272,645 | 475,145 | 137,905 | 137,905 | 137,905 | 137,905 | 2,224,280 |
| EXPENSES | | | | | | | | | | | | | |
| SALARIES | 41,347 | 41,347 | 41,347 | 41,347 | 41,347 | 61,455 | 41,347 | 41,347 | 35,068 | 34,852 | 51,952 | 34,852 | 507,610 |
| PAYROLL TAXES & BENEFITS | 7,497 | 7,497 | 7,497 | 7,497 | 8,485 | 9,530 | 6,345 | 6,345 | 5,166 | 5,080 | 7,547 | 5,080 | 83,569 |
| PRO FEES | 13,124 | 13,124 | 13,124 | 13,124 | 13,124 | 13,124 | 13,124 | 13,124 | 9,700 | 9,700 | 9,700 | 9,700 | 143,792 |
| SUPPLIES | 3,425 | 3,425 | 3,425 | 3,425 | 3,425 | 3,425 | 3,425 | 3,425 | 3,100 | 3,100 | 3,100 | 3,100 | 39,800 |
| UTILITIES | 22,793 | 22,793 | 22,793 | 22,793 | 22,793 | 22,793 | 22,793 | 22,793 | 18,543 | 18,543 | 18,543 | 18,543 | 256,516 |
| REPAIRS & MAINTENANCE | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 900 | 900 | 900 | 900 | 13,600 |
| LAND LEASE | 13,656 | 13,656 | 13,656 | 13,656 | 13,656 | 13,656 | 13,656 | 13,656 | 13,656 | 13,656 | 13,656 | 13,656 | 163,872 |
| INTERESTS & PRINCIPAL PAYMENTS | 53,145 | 53,145 | 53,145 | 53,145 | 53,145 | 53,145 | 53,145 | 53,145 | 32,043 | 32,043 | 32,043 | 32,043 | 553,332 |
| PROPERTY TAXES | 9,486 | 9,486 | 9,486 | 9,486 | 9,486 | 9,486 | 9,486 | 9,486 | 9,486 | 9,486 | 9,486 | 9,486 | 113,828 |
| INSURANCE | 5,116 | 5,116 | 5,116 | 5,116 | 5,116 | 5,116 | 5,116 | 5,116 | 2,916 | 2,916 | 2,916 | 2,916 | 52,592 |
| CONTRACTED | 12,610 | 12,610 | 12,610 | 12,610 | 12,610 | 12,610 | 12,610 | 12,610 | 4,125 | 4,125 | 4,125 | 4,125 | 117,380 |
| TAXES & LICENSER | 696 | 696 | 696 | 696 | 696 | 696 | 1,196 | 2,196 | 510 | 510 | 510 | 510 | 9,604 |
| MANAGEMENT FEES | - | - | - | - | - | - | - | - | - | - | - | - | - |
| OTHER EXPENSES | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,100 | 1,100 | 1,100 | 1,100 | 15,200 |
| DEPRECIATION & AMORTIZATION | - | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL EXPENSES | 185,495 | 185,495 | 185,495 | 185,495 | 186,483 | 207,635 | 184,843 | 185,843 | 136,312 | 136,010 | 155,578 | 136,010 | 2,070,695 |
| INCOME (LOSS) | (46,350) | (46,350) | (46,350) | (16,350) | (17,338) | (38,490) | 87,802 | 289,302 | 1,593 | 1,895 | (17,673) | 1,895 | 153,585 |

3/25/2011 3:09 PM